# Court of Appeals
# of the State of Georgia

ATLANTA, __April 06, 2026_____

*The Court of Appeals hereby passes the following order:*

## A26D0431. MARVIN HILLMAN, III v. THE STATE.

Following a jury trial, Marvin Hillman, III, was convicted in 2008 of two counts of armed robbery and related crimes. He received a total sentence of life imprisonment. We affirmed on direct appeal. See *Hillman v. State*, Case No. A08A1956 (Feb. 26, 2009).

In 2025, Hillman filed an extraordinary motion for new trial, contending that a key prosecution witness had recanted his trial testimony. The trial court denied the extraordinary motion for new trial on December 17, 2025. Hillman filed a direct appeal to this Court, which we dismissed for failure to file a discretionary application. See Case No. A26A1285 (Mar. 10, 2026). On March 20, 2026, Hillman filed a discretionary application to this Court. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed with this Court within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35(d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Hillman filed his application in this Court 93 days after the trial court's order and is thus untimely.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/06/2026_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*